

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

KRISTINE PARKER, on behalf of herself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

THE TJX COMPANIES, INC.,

                Defendant.

Case No. 18-cv-4582-ENV-CLP

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Kristine Parker, and Defendant, The TJX Companies, Inc., pursuant to the parties' Settlement Agreement and Release, having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, that this action is dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(2), in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendant by the Court, except as otherwise provided in the parties' Settlement Agreement.

Dated: December 28, 2018

_____
Alexander T. Coleman
BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 248-5550

Dated: December 28, 2018

_____
Kevin R. Vozzo
LITTLER MENDELSON, P.C.
*Attorneys for Defendant*
900 Third Avenue
New York, New York 10022
(212) 583-9600

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
_____
Hon. Eric N. Vitaliano
United States District Judge

1/29/2019